**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 00317 |
| Kenneth B West, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Nissan Motor Acceptance Corporation, 8900 Freeport Parkway, Irving, TX 75063;

Nissan Motor Acceptance Corporation, c/o Ross W Bartolotta, Swanson Martin & Bell LLP, 2525 Cabot Drive Suite 204, Lisle, IL 60532;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;
See attached Service List.

Please take notice that on April 27, 2020, at 9:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 10, 2020.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-00317<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr 10 08:59:01 CDT 2020 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AD ASTRA RECOVERY SERV<br>7330 W 33RD ST N STE 118<br>WICHITA, KS 67205-9370 | AMER FST FIN<br>3515 N Ridge Rd<br>Ste 200<br>Wichita, KS 67205-1206 | American First Finance<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 |
| Brandon S. Lefkowitz<br>29777 Telegraph Rd<br>Suite 2440<br>Southfield, MI 48034-7667 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Captial One Bank (USA) NA<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 |
| City of Chicago - Parking and red<br>Light Tickets Department of Revenue<br>PO Box 88292<br>Chicago, Illinois 60680-1292 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | Cole, Henry<br>3654 W. Wabansia Avenue<br>Chicago, Illinois 60647-4743 | Credit Box<br>P.O. Box 168<br>Des Plaines, IL 60016-0003 |
| CreditBox.com, L.L.C.<br>P.O. Box 2447<br>Des Plaines, IL 60017-2447 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256-0596 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 |
| FIRST PREMIER BANK<br>Jefferson Capital Systems, LLC<br>c/o Kelly Lukason<br>PO Box 7999<br>Saint Cloud, Minnesota 56302-7999 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | HARRIS & HARRIS LTD<br>111 W JACKSON BLVD S-400<br>CHICAGO, Illinois 60604-4135 |
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | IDOR-Bankruptcy Section<br>Po Box 851388<br>Minneapolis, MN 55485-1388 |
| Illinois Lending Corp<br>633 Skokie Blv #400<br>c/o Weissman Kimberly J.<br>Northbrook, Illinois 60062-2826 | (p)ILLINOIS LENDING CORPORATION<br>ATTN ACCOUNTS RECEIVABLE<br>701 LEE ST<br>SUITE 570<br>DES PLAINES IL 60016-4587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX  75266-0366 | Santander Consumer USA Inc.<br>an Illinois corporation<br>d/b/a Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | SpeedyRapid Cash<br>po box 780408<br>wichita, KS 67278-0408 |

```
T Mobile/T-Mobile USA Inc              Tan Oak Lending                         VERIZON WIRELESS
by American InfoSource as agent        621 Medicine Way                        P.O. Box 660108
4515 N Santa Fe Ave                    Suite 9                                 Dallas, TX 75266-0108
Oklahoma City, OK 73118-7901           Ukiah, CA 95482-8136


Verizon                                Wintrust                                Jacob Comrov
by American InfoSource as agent        9801 W. Higgins                         The Semrad Law Firm LLC
4515 N Santa Fe Ave                    Des Plaines, IL 60018-4704              20 S. Clark Street
Oklahoma City, OK 73118-7901                                                   Chicago, IL 60603-1802


Kenneth B West                         Patrick S Layng                         Steve Miljus
3657 W. Wabansia Avenue                Office of the U.S. Trustee, Region 11   The Semrad Law Firm, LLC
1F                                     219 S Dearborn St                       20 S Clark, 28th
Chicago, IL 60647-4739                 Room 873                                Chicago, IL 60603
                                       Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nissan Motor Acceptance Corporation    IDOR-Bankruptcy Section                 Illinois Lending Corp
8900 Freeport Parkway                  PO Box 64338                            724 W Washington Blvd
Irving, TX 75063                       Chicago, Illinois 60664                 Chicago, IL 60661



(d)NISSAN MOTOR ACCEPTANC              (d)illinois lending corp                End of Label Matrix
2901 KINWEST PKWY                      701 LEE ST.                             Mailable recipients    39
IRVING, TX 75063                       SUITE 570                               Bypassed recipients     0
                                       DESPLAINES, IL 60016                    Total                  39
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 00317 |
| Kenneth B West, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Kenneth B West, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to enter an Order modifying the Chapter 13 Plan. Debtor states as follows:

1. On January 7, 2019, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On March 4, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan, with secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors are to be paid 10.00% of their allowed claims.

3. That the confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $570.00 on a monthly basis for a term of 36 months.

4. Debtor is currently not working due to the situation caused by the spread of the Coronavirus (COVID-19). As a result, Debtor is deprived of his source of income thus he cannot afford the current payment and all other expenses.

5. Debtor seeks to defer the current Plan default through April of 2020 and suspend the May, June and July 2020 Plan payments.

6. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

7. Debtor further requests this Honorable Court to suspend Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020.

8. That Debtor filed the instant case in good faith and intends to complete the Chapter 13 Plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. That this Honorable Court enter an Order suspending Debtor's Chapter 13 Trustee plan payments for three months, the months of May, June and July of 2020, with regular monthly Trustee plan payments to resume in August of 2020; and

C. That this Honorable Court Order any further relief as the Court may deem fair and proper.

Respectfully submitted,

 /s/ Steve Miljus
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625